## WILCOX *v.* THE STATE.—In error.

Saturday,
July 19.

AN indictment for gaming alleged that the defendant, by playing at cards, &c., had won from *A. H., A. C.,* and *G. H.,* a certain article, &c. The evidence was, that the winning was by the defendant and another, as partners, from *A. C.* and *G. H.,* as partners. *Held,* that the variance was fatal.